UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: 11-17125-RAM

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Juan Somoza
Last Four Digits of SS# xxx-xx-1120

CO-DEBTOR: Isora Somoza
Last Four Digits of SS# xxx-xx-2279

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $ 200.00 for months 1 to 60;
B. $_____ for months ___ to ___;
C. $_____ for months ___ to ___ in order to pay the following creditors:

Administrative:
Attorney's Fee    $ 3,750.00 + $500.00 = $4,2500.00
TOTAL PAID       $2,500.00
Balance Due      $ 1,750.00 payable $ 145.84 month (Months 1 to 12)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a
Address _____

Arrearage on Petition Date $ _____
Arrears Payment $_____ /month (Months ___ to ___)
Arrears Payment $_____ /month (Months ___ to ___)
Regular Payment $_____ /month (Months ___ to ___)

2. _____

Arrears Payment $_____
Arrears Payment $_____ /month (Months ___ to ___)
Regular Payment $_____ /month (Months ___ to ___)
Arrears Payment $_____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, N.A. Loan No.xxxx1998 Prop Address: 4820 SW 166th Ct Miami, FL 33185 | Homestead Property $118,200.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____

Total Due $ _____
Payable $_____ /month (Months ___ to ___)

Unsecured Creditors: Pay $ 34.16 month (Months 1 to 12). Pay $180.00/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :) The debtors are paying Wells Fargo Home Mortgage (Loan#8745), Choice Management Group, Inc, CarMax Auto Finance (Loan#2862), Bank of America (Loan#4836) directly outside the plan. The debtors surrender all interest in the property financed by Bank of America (Loan#7147 & 5199) located at: 4612 Albermarle Ave, Jacksonville, FL 32207.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X_____
Debtor
Date: 03/23/11

X_____
Joint Debtor
Date: 03/23/11